**Opinion issued June 4, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00209-CV

————————————

**DOCTORS PRACTICE MANAGEMENT, INC., Appellant**

**V.**

**MEDICAL MULTIMEDIA ADVERTISING, INC., Appellee**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-36797**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed December 8, 2014. On May 12, 2015, the parties filed a joint motion requesting that we vacate the trial court's judgment and render judgment that Medical Multimedia Advertising, Inc. take nothing in its action against Doctors Practice Management, Inc.; that all of Medical

Multimedia Advertising, Inc.'s claims that were or could have been brought in the lawsuit be dismissed with prejudice; that Doctors Practice Management, Inc. take nothing in its counterclaims against Medical Multimedia Advertising, Inc.; that all of Doctors Practice Management, Inc.'s counterclaims that were or could have been brought in the lawsuit be dismissed with prejudice; and that each party bear its own costs, expenses, and attorney fees. *See* TEX. R. APP. P. 42.1(a)(2)(A). No opinion has issued.

Accordingly, we grant the motion, vacate the judgment of the trial court, and render judgment effectuating the parties' agreement, as described above. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(c). We dismiss any other pending motions as moot. The Clerk is directed to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Massengale.